JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:21-cv-10012-SSS-RAOx | Date | January 20, 2023 |
|---|---|---|---|
| Title | *George Jones v. Wael Diab et al* | | |

Present: The Honorable     SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Tanisha Carrillo | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER DENYING PLAINTIFF'S RENEWED APPLICATION FOR DEFAULT JUDGMENT [DKT. 36] (IN CHAMBERS)**

Before the Court is Plaintiff's renewed application for default judgment. [Dkt. 36].  This is Plaintiff's second bite at the apple.  Plaintiff filed his first application for default judgment on September 2, 2022 [Dkt. 32], which the Court denied without prejudice because Plaintiff failed to establish Article III standing [*see generally* Dkt. 35].  The Court then ordered Plaintiff to file a renewed application for default judgment by October 14, 2022, which Plaintiff did [Dkt. 36].

However, Plaintiff's renewed application for default judgment does not address in any way the standing deficiencies the Court identified when denying Plaintiff's first application for default judgment.  [*See generally* Dkts. 35–36].  Moreover, Plaintiff's renewed application is overwhelmingly a copy-and-paste of

| Page 1 of 2 | CIVIL MINUTES—GENERAL | Initials of Deputy Clerk tc |
|---|---|---|

Plaintiff's first application with hardly any changes. [*Compare* Dkt. 32 *with* Dkt. 36].

Because Plaintiff has not addressed the deficiencies the Court identified in its order denying the first application for default judgment despite the Court providing him an opportunity to do so, the Court **DENIES WITH PREJUDICE** Plaintiff's renewed application for default judgment and **DISMISSES** the case in its entirety.  The Clerk is **ORDERED** to close the case.

**IT IS SO ORDERED.**

| | CIVIL MINUTES—GENERAL | Initials of Deputy Clerk tc |
|---|---|---|