UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:21-cv-10012-SSS-RAOx | Date | May 29, 2024 |
|---|---|---|---|
| Title | George Jones v. Wael Diab, et al. | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
None Present                              None Present

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE PROPOSED JUDGMENT**

On May 7, 2024, the Court granted Plaintiff George Jones' application for default judgment. [Dkt. 49]. Jones was ordered to file a proposed judgment by May 17, 2024. [*Id.* at 17]. As of today's date, Jones has not filed the proposed judgment.

Accordingly, Jones is **ORDERED TO SHOW CAUSE** in writing why he should not be sanctioned $250.00 for his failure to comply with the Court's May 7 order. Alternatively, Jones may file the proposed judgment to discharge this order to show cause. The response or proposed judgment are due by **May 31, 2024**.

**IT IS SO ORDERED.**