JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAEL DIAB; and DOES 1-10,<br><br>Defendants. | Case No. 2:21-CV-10012-SSS-RAOx<br><br>**JUDGMENT**<br>**(RE: RENEWED APPLICATION FOR DEFAULT JUDGMENT)** |

Upon review of the court files, the renewed application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff, George Jones's renewed application for default judgment on his Title III claim is **GRANTED**, and his request for injunctive relief is **GRANTED**. Defendant, Wael Diab, is **ORDERED** to remove the following barriers at Casino Liquor Store (the "Barriers") within one-hundred and eighty (180) days of the entry of this Judgment: the cross slope and running slope of the access aisle, which

violate section 4.6.3 of the 1991 ADAAG; and the changes in level from the accessible parking space to the business entrance, which violate Section 4.5.2 of the 1991 ADAAG.

Within one-hundred and eighty (180) days of the entry of this Judgment Defendant, Wael Diab, shall provide evidence of compliance with this Judgment in writing to Plaintiff's counsel at the following address:

> The Law Office of Hakimi & Shahriari
> 15760 Ventura Blvd., Suite 650
> Encino, California 91436

Per California Code of Civil Procedure Section 682.040, Plaintiff shall be entitled to all reasonable costs and fees of enforcing this Judgment.

Dated: May 31, 2024

_____
Hon. Sunshine S. Sykes
United States District Judge

*Presented by*:

Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Frederick Chernoff (SBN 342412)
fred@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
15760 Ventura Blvd., Suite 650
Encino, CA 91436
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**GEORGE JONES**